

2600 Eagan Woods Dr, Suite 400　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　New York, NY 10165
651-406-9665　　212-267-7342

| Defendant: | **Summerlin Operating Company, LLC** |
|---|---|
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113000 | $43,771.78 | 3/31/2023 | 03112-994141 | 4/1/2023 | $3,877.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113000 | $43,771.78 | 3/31/2023 | 03112-994140 | 4/1/2023 | $461.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113000 | $43,771.78 | 3/31/2023 | 03112-994139 | 4/1/2023 | $31,222.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113000 | $43,771.78 | 3/31/2023 | 03112-994138 | 4/1/2023 | $8,210.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112189 | $43,771.78 | 3/3/2023 | 03112-988560 | 3/1/2023 | $3,877.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112189 | $43,771.78 | 3/3/2023 | 03112-988559 | 3/1/2023 | $461.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112189 | $43,771.78 | 3/3/2023 | 03112-988558 | 3/1/2023 | $31,222.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112189 | $43,771.78 | 3/3/2023 | 03112-988557 | 3/1/2023 | $8,210.28 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111931 | $43,771.78 | 2/9/2023 | 03112-983427 | 2/1/2023 | $3,877.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111931 | $43,771.78 | 2/9/2023 | 03112-983426 | 2/1/2023 | $461.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111931 | $43,771.78 | 2/9/2023 | 03112-983425 | 2/1/2023 | $31,222.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111931 | $43,771.78 | 2/9/2023 | 03112-983424 | 2/1/2023 | $8,210.28 |

**Totals:**　　3 transfer(s),　　$131,315.34